ORIGINAL

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
JOHN K. GRANT
(Bar No. 169813)
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415-288-4545
Facsimile: 415-288-4534
jkgrant@csgrr.com

OF COUNSEL:
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
JOHN C. HERMAN
RYAN K. WALSH
E. JOSEPH BENZ III
3424 Peachtree Road, N.E.
Suite 1650
Atlanta, Georgia 30326
Telephone: 404-504-6500
Facsimile: 404-504-6501
jherman@csgrr.com
rwalsh@csgrr.com
jbenz@csgrr.com

Attorneys for Plaintiff

FILED
08 JUL 21 AM 11: 55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HRL

| | |
|---|---|
| PAGEMELDING, INC., | Civil Action File |
| Plaintiff, | |
| vs. | No. CV 08 3484 |
| FEEVA TECHNOLOGY, INC., HITWISE USA, INC., KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC., | CERTIFICATE OF INTERESTED ENTITIES OR PERSONS |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

                Front Porch, Inc.

                Protection Capital, LLC

Respectfully submitted, this 21 day of July 2008.

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP

_____
JOHN K. GRANT

100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415-288-4545
Facsimile: 415-288-4534


OF COUNSEL:
John C. Herman
Ryan K. Walsh
E. Joseph Benz III
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
3424 Peachtree Road, N.E.
Suite 1650
Atlanta, Georgia 30326
Telephone: 404-504-6500
Facsimile: 404-504-6501

Attorneys for Plaintiff
PageMelding, Inc.

PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS