| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JOHN K. GRANT, ESQ. (169813)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| Attorneys for:  PLAINTIFF | Ref. No. Or File No.<br>W2499947 | **FILED**<br><br>2008 JUL 22 P 3 46<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>PAGEMELDING, INC. | | |
| Defendant:<br>FEEVA TECHNOLOGY, INC., et al. | | |
| **PROOF OF SERVICE** | Date:   Time:   Dept/Div: | Case Number:<br>CV 08-3484 HRL |

I, Ron Marcus, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; WELCOME TO THE U.S. DISTRICT COURT, SAN JOSE DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : NEBUAD, INC.

By Serving           : DANIEL MILLER, Chief Financial Officer

Address              : 901 Marshall Street, 2nd Floor, Redwood City, California  94063
Date & Time          : Monday, July 21, 2008 @ 2:00 p.m.
Witness fees were    : Not applicable.

Person serving:
Ron Marcus
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 649
   (3) County: Alameda
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 21, 2008          Signature: _Ron Marcus_
                                        Ron Marcus


Printed on recycled paper