| Attorney Or Party Without Attorney (Name and Address): JOHN K. GRANT, ESQ. (169813)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California   94111 | Telephone: (415) 288-4545 | FOR COURT USE ONLY |
|---|---|---|
| Attorneys for: PLAINTIFF | Ref. No. Or File No. W2499944 | **FILED**<br>2008 JUL 22 P 2 46<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| Insert name of court, judicial district and branch court, if any: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: PAGEMELDING, INC. | | |
| Defendant: FEEVA TECHNOLOGY, INC., et al. | | |
| **PROOF OF SERVICE** | Date:       Time:       Dept/Div: | Case Number: CV 08-3484 HRL |

I, Lon Cook, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; WELCOME TO THE U.S. DISTRICT COURT, SAN JOSE DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : FEEVA TECHNOLOGY, INC.

By Serving           : DALIA CEJA, Administrative Coordinator/Authorized Agent

Address              : 500 Howard Street, Suite 425 , San Francisco, California
Date & Time          : Monday, July 21, 2008 @ 2:27 p.m.
Witness fees were    : Not applicable.

Person serving:
Lon Cook
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1055
   (3) County: San Francisco
   (4) Expires: 9/16/2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 21, 2008                                                Signature: _____
                                                                              Lon Cook


Printed on recycled paper