| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JOHN K. GRANT, ESQ. (169813)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111 | (415) 288-4545 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2499941 | **FILED** |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | 2008 JUL 22 P 3:46 |
| Plaintiff:<br>PAGEMELDING, INC. | | RICHARD W. WIEKING<br>CLERK |
| Defendant:<br>FEEVA TECHNOLOGY, INC., et al. | | U.S. DISTRICT COURT<br>NO. DIST. OF CA, S.J. |
| PROOF OF SERVICE | Date: Time: Dept/Div | Case Number:<br>CV 08-3484 HRL |

I, Stephanie Barber, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; WELCOME TO THE U.S. DISTRICT COURT, SAN JOSE DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : MICROSOFT CORPORATION

By Serving         : BECKY DeGEORGE, Authorized Agent of CSC LAWYERS INCORPORATING,
                     Agent for Service of Process
Address            : 2730 Gateway Oaks Drive, Suite 100, Sacramento, California  95833
Date & Time        : Monday, July 21, 2008 @ 1:45 p.m.
Witness fees were  : Not applicable.

Person serving:
Stephanie Barber
Wheels of Justice, Inc.
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 2000-20
   (3) County: Sacramento
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 22, 2008

Signature: _____
           Stephanie Barber


Printed on recycled paper