| | |
|---|---|
| 1 | JEFFREY A. MILLER (STATE BAR NO. 160602) |
| | jmiller@orrick.com |
| 2 | SANJEET K. DUTTA (STATE BAR NO. 203463) |
| | sdutta@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA  94025 |
| | Telephone:    +1-650-614-7400 |
| 5 | Facsimile:     +1-650-614-7401 |
| 6 | Attorneys for Defendant |
| | KINDSIGHT, INC. Corporation |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 12 | PAGEMELDING INC., | Case No.  C-08-3484 |
| 13 | Defendants | **NOTICE OF APPEARANCE** |
| 14 | | |
| 15 | vs. | |
| 16 | FEEVA TECHNOLOGY, Inc., HITWISE USA, INC., KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC. | |
| 17 | | |
| 18 | Defendants | |

OHS West:260486797.1

NOTICE OF APPEARANCE
C-08-03343

1     TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2     PLEASE TAKE NOTICE that Jeffrey A. Miller of Orrick, Herrington & Sutcliffe LLP hereby appears in this action as counsel for the above-captioned Defendant, KINDSIGHT, INC.. Copies of all briefs, motions, orders, correspondence, and other papers filed with the Court may be electronically served on. Jeffrey A. Miller pursuant to Local Rule 5-5(b), at the below-listed electronic mail addresses.

Dated: August 4, 2008                          ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                                     /s/ Jeffrey A. Miller /s/
                                                                      JEFFREY A. MILLER
                                         Orrick Herrington & Sutcliffe, LLP
                                                        1000 Marsh Road
                                                    Menlo Park, CA 94025
                                        Telephone.: (650) 614-7400
                                         Facsimile: (650) 614-7401
                                                      jmiller@orrick.com

                                                      Attorneys for Defendant
                                                            KINDSIGHT INC.