1  JEFFREY A. MILLER (STATE BAR NO. 160602)
   jmiller@orrick.com
2  SANJEET K. DUTTA (STATE BAR NO. 203463)
   sdutta@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:   +1-650-614-7400
5  Facsimile:    +1-650-614-7401

6  Attorneys for Defendant
   KINDSIGHT, INC. Corporation
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12  PAGEMELDING INC.,                    Case No.  C-08-3484

13      Defendants                       **NOTICE OF APPEARANCE**

14

15      vs.

16  FEEVA TECHNOLOGY, Inc., HITWISE
    USA, INC., KINDSIGHT, INC.,
17  MICROSOFT CORPORATION, AND
    NEBUAD, INC.
18      Defendants

19

20

21

22

23

24

25

26

27

28

OHS West:260487009.1

NOTICE OF APPEARANCE
C-08-03343

1   TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2   PLEASE TAKE NOTICE that Sanjeet K. Dutta of Orrick, Herrington & Sutcliffe LLP hereby appears in this action as counsel for the above-captioned Defendant, KINDSIGHT, INC.. Copies of all briefs, motions, orders, correspondence, and other papers filed with the Court may be electronically served on Sanjeet K. Dutta pursuant to Local Rule 5-5(b), at the below-listed electronic mail addresses.

Dated: August 4, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Sanjeet K. Dutta /s/
Sanjeet K. Dutta
Orrick Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone.: (650) 614-7400
Facsimile: (650) 614-7401
sdutta@orrick.com

Attorneys for Defendant
KINDSIGHT, INC.