Frank E. Scherkenbach
(#142549; scherkenbach@fr.com)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Kelly C. Hunsaker
(#168307; hunsaker@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Defendant
MICROSOFT CORPORATION.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| PAGEMELDING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>FEEVA TECHNOLOGY, INC,. HITWISE USA, INC,. KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC.<br><br>Defendants. | No. C 08-3484 HRL<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Pagemelding, Inc., and defendant, Microsoft Corporation, through their respective attorneys of record and pursuant to Civil Local Rule 6-1(a), that the time for Microsoft Corporation to answer or otherwise respond to the complaint served by Pagemelding, Inc., shall be extended by 30 days. Microsoft Corporation will have until September 10, 2008, to respond to the complaint.

1  Dated: August 7, 2008          FISH & RICHARDSON P.C.

2

3                                  By: /s/ Kelly C. Hunsaker
                                       Kelly C. Hunsaker
                                   Attorneys for Defendant
4                                  MICROSOFT CORPORATION,

5  Dated: August 7, 2008          **COUGHLIN STOIA GELLER RUDMAN &**
                                  **ROBBINS LLP**
6

7

8                                  By: /s/ John K. Grant
                                       John K. Grant
                                       (#169813; jkgrant@csgrr.com)
9                                      COUGHLIN STOIA GELLER RUDMAN
                                       &   ROBBINS LLP
10                                     100 Pine Street, 26th Floor
                                       San Francisco, CA 94111
11                                     Telephone: (415) 288-4545
                                       Facsimile: (415) 288-4534
12                                 Attorneys for Plaintiff
                                   PAGEMELDING, INC.
13

14

15      Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty

16  of perjury that concurrence in the filing of this document has been obtained from John K. Grant.

17  Dated: August 7, 2008          **FISH & RICHARDSON P.C.**

18

19                                 By: /s/ Kelly C. Hunsaker
                                       Kelly C. Hunsaker

20
                                   Attorneys for Defendant
21                                 MICROSOFT CORPORATION,

22

23

24

25

26

27

28

50602241                              2    STIPULATION TO EXTEND TIME TO ANSWER OR
                                           OTHERWISE RESPOND TO THE COMPLAINT
                                           Case No. C 08-3484 HRL