1  Frank E. Scherkenbach
   (#142549; scherkenbach@fr.com)
2  FISH & RICHARDSON P.C.
   225 Franklin Street
3  Boston, Massachusetts 02110-2804
   Telephone: (617) 542-5070
4  Facsimile:  (617) 542-8906

5  Kelly C. Hunsaker
   (#168307; hunsaker@fr.com)
6  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
7  Redwood City, California 94063
   Telephone: (650) 839-5070
8  Facsimile:  (650) 839-5071

9  Attorneys for Defendant
   MICROSOFT CORPORATION.
10

11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12                   (SAN JOSE DIVISION)

13 | PAGEMELDING, INC.                          | No. C 08-3484 HRL
14 |            Plaintiffs,                     | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
15 |     v.                                     |
16 | FEEVA TECHNOLOGY, INC,. HITWISE USA, INC,. KINDSIGHT, INC., MICROSOFT |
17 | CORPORATION, AND NEBUAD, INC.              |
18 |            Defendants.                     |

19

20    On behalf of Microsoft Corporation, and pursuant to Civil L.R. 3-16, the undersigned
21 certifies that as of this date, other than the named parties, there is no such interest to report.

22

23 Dated: August 7, 2008                    **FISH & RICHARDSON P.C.**

24

25                                         By: /s/ Kelly C. Hunsaker
                                                Kelly C. Hunsaker
26                                         Attorneys for Defendant
                                           MICROSOFT CORPORATION,

27

28