ANDREW VALENTINE, Bar No. 162094
andrew.valentine@dlapiper.com
ALAN LIMBACH, Bar No. 173059
alan.limbach@dlapiper.com
ANDREW SCHWAAB, Bar No. 220743
andrew.schwaab@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER US LLP
2000 University Ave.
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
FEEVA TECHNOLOGY, INC.

JOHN K. GRANT, Bar No. 169813
jkgrant@csgrr.com
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Tel: 415-288-4545
Fax: 415-288-4534

Attorneys for Plaintiff,
PAGEMELDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGEMELDING, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>FEEVA TECHNOLOGY, INC., HITWISE USA, INC., KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC.,<br><br>     Defendants. | CASE NO. CV 08 3484 (HRL)<br><br>**STIPULATION EXTENDING FILING DATE TO ANSWER OR OTHERWISE RESPOND TO PAGEMELDING'S COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff PageMelding, Inc. ("PageMelding") and Defendant Feeva Technology, Inc. ("Feeva") that Feeva shall have until and including September 10, 2008, to answer or otherwise respond to PageMelding's Complaint for Patent Infringement.

//////

//////

//////

//////

//////

1  Dated: August 7, 2008

2

3                                           DLA PIPER US LLP

4                                           By _____
                                                ANDREW VALENTINE
5                                               ALAN LIMBACH
                                                ANDREW SCHWAAB
6                                               ERIK R. FUEHRER
                                                Attorneys for Defendant
7                                               FEEVA TECHNOLOGY, INC.

8  Dated: August 7, 2008

9
                                            COUGHLIN STOIA GELLER RUDMAN &
10                                          ROBBINS LLP

11                                          By _____
                                                JOHN K. GRANT
12                                              Attorneys for Plaintiff
                                                PAGEMELDING, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28