1  R. Scott Feldmann (State Bar No. 169230)
      rfeldmann@crowell.com
2  Jonathan M. Lindsay (State Bar No. 208840)
      jlindsay@crowell.com
3  Thomas E. Dietrich (State Bar No. 254282)
      tdietrich@crowell.com
4  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
5  Irvine, CA  92614-8505
   Telephone:  (949) 263-8400
6  Facsimile:   (949) 263-8414

7  Jennifer H. Burdman
      jburdman@crowell.com
8  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
9  Washington, D.C. 20004-2595
   Telephone:  (202) 264-2500
10 Facsimile:   (202) 628-5116

11 Attorneys for Defendant
   Hitwise USA, Inc.
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17 PAGEMELDING, INC.,                    CASE NO. cv-08-03484 (HRL)

18              Plaintiff,               STIPULATION PURSUANT TO CIVIL
                                         LOCAL RULE 6-1(a) TO EXTEND TIME
19      v.                               FOR DEFENDANT HITWISE USA, INC.
                                         TO RESPOND TO COMPLAINT
20 FEEVA TECHNOLOGY, INC., HITWISE
   USA, INC., KINDSIGHT, INC.,
21 MICROSOFT CORP., and NEBAUD, INC.

22              Defendants.

23

24      Pursuant to Civil Local Rule 6-1(a) of the United States District Court for the Northern

25 District of California ("Northern District"), counsel for Defendant Hitwise USA, Inc. ("Hitwise")

26 and counsel for Plaintiff Pagemelding, Inc. ("Plaintiff") submit this stipulation:

27      WHEREAS, Plaintiff's complaint ("Complaint") was filed in the Northern District on

28 July 21, 2008;

                                            1                    Case No. 08-3484 (HRL)
STIPULATION TO EXTEND TIME FOR DEFENDANT HITWISE USA, INC. TO RESPOND TO COMPLAINT

1. WHEREAS, the Complaint was served upon Hitwise on or about July 24, 2008;

2. WHEREAS, Hitwise's response to Plaintiff's complaint would have been due August 13, 2008;

3. WHEREAS, Plaintiff and Hitwise reached an agreement that Hitwise would be given a thirty (30) day extension of time to answer or otherwise respond to the Complaint;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES, BY AND THROUGH COUNSEL OF RECORD, THAT:

Defendant Hitwise shall file its response to the Complaint on or before September 12, 2008.

**IT IS SO STIPULATED.**

DATED: August 7, 2008

**CROWELL & MORING LLP**

By: *R. Scott Feldmann*
R. Scott Feldmann
Jonathan M. Lindsey
Thomas E. Dietrich
3 Park Plaza
20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Jennifer H. Burdman
1001 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant
Hitwise USA, Inc.

*ADDITIONAL SIGNATURES ON FOLLOWING PAGE*

*ADDITIONAL SIGNATURE PAGE*

DATED: August 7, 2008

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

By: /s/ John K. Grant

John K. Grant
100 Pine Street
26th Floor
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Attorneys for Plaintiff
Pagemelding, Inc.

IR4157098.1

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 3 Park Plaza, 20th Floor, Irvine, California 92614-8505. On **August 8, 2008**, I served the following document(s) described as:

**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a)
TO EXTEND TIME FOR DEFENDANT HITWISE USA, INC.
TO RESPOND TO COMPLAINT**

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list.)

☒ **BY REGULAR MAIL.** I caused such envelopes to be deposited in the United States mail, at Irvine, California with postage thereon fully prepaid, individually addressed to the parties as indicated on the attached service list. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (C.C.P. §1013(a)(3))

☐ **BY FACSIMILE TRANSMISSION.** I caused a true copy of the foregoing document(s) to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the addressees.

☐ **BY ELECTRONIC MAIL.** I caused a true copy of the foregoing document to be sent via electronic mail in .pdf format, to the individuals listed on the attached service list.

☒ **FEDERAL**: I am employed in the office of a member of the Bar of this Court at whose direction above-described service was made.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 8, 2008**, at Irvine, California.

Patricia Rizer

## SERVICE LIST

| | |
|---|---|
| E. Joseph Benz, III<br>John Christopher Herman<br>Ryan K. Walsh<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>3424 Peachtree Road, NE<br>Suite 1650<br>Atlanta, GA  30326<br><br>Telephone:   (404) 504-6500<br>Facsimile:    (404) 504-6501<br>Email:          jherman@csgrr.com | Attorneys for Pagemelding, Inc. |
| John K. Grant<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street<br>26th Floor<br>San Francisco, CA  94111<br><br>Telephone:   (415) 288-4545<br>Facsimile:    (415) 288-4534<br>Email:          johnkg@csgrr.com | Attorneys for Pagemelding, Inc. |
| Erik Fuehrer<br>DLA Piper Us LLP<br>2000 University Avenue<br>East Palo Alto, CA  94303<br><br>Telephone:   (650) 8333-2045<br>Facsimile:    (650) 833-2001<br>Email:          erik.fuehrer@dlapiper.com | Attorneys for Feeva Technology, Inc. |
| Sanjeet K. Dutta<br>Jeffrey Andrew Miller<br>Orrick Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br><br>Telephone:   (650) 614-7647<br>Facsimile:    (650) 614-7401<br>Email:          sdutta@orrick.com<br>                    jmiller@orrick.com | Attorneys for Kindsight, Inc. |
| Kelly C. Hunsaker<br>Fish & Richardson PC<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br><br>Telephone:   (650) 839-5070<br>Facsimile:    (650) 839-5071<br>Email:          hunsaker@fr.com | Attorneys for Microsoft Corporation |

IR4157098.1