1  JEFFREY A. MILLER (STATE BAR NO. 160602)
   jmiller@orrick.com
2  SANJEET K. DUTTA (STATE BAR NO. 203463)
   sdutta@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:     +1-650-614-7400
5  Facsimile:      +1-650-614-7401

6
   Attorneys for Defendant KINDSIGHT, Inc.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12
   PAGEMELDING, INC.,                        Case No.  C08-03484-HRL
13
              Plaintiff,                     **STIPULATION TO EXTEND TIME
14                                           TO ANSWER OR OTHERWISE
       v.                                    RESPOND TO THE COMPLAINT**
15

16 FEEVA TECHNOLOGY, INC., HITWISE
   USA, INC., KINDSIGHT, INC.,
17 MICROSOFT CORPORATION, AND
   NEBAUD, INC.,
18
              Defendants.
19

20     IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Pagemelding,

21 Inc., and defendant, Kindsight, Inc., through their respective attorneys of record and pursuant to

22 Civil Local Rule 6-1(a), that the time for Kindsight, Inc. to answer or otherwise respond to the

23 complaint served by Pagemelding, Inc. shall be extended by 30 days. Kindsight, Inc. will have

24 until September 10, 2008, to respond to the complaint.

25 ///

26 ///

27 ///

28 ///

| | | |
|---|---|---|
| 1 | Dated: August 8, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | By: _____/s/_____ |
| 3 | | JEFFREY A. MILLER<br>SANJEET K. DUTTA |
| 4 | | Attorneys for Defendant<br>KINDSIGHT, INC. |
| 5 | Dated: August 8, 2008 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 6 | | |
| 7 | | By: _____/s/_____<br>John K. Grant |
| 8 | | (#169813; jkgrant@csgrr.com)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 9 | | 100 Pine Street, 26th Floor<br>San Francisco, CA 94111 |
| 10 | | Telephone: (415) 288-4545 |
| 11 | | Facsimile: (415) 288-4534<br>Attorneys for Plaintiff PAGEMELDING, INC. |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John K. Grant.

| | | |
|---|---|---|
| | Dated: August 8, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | | By: _____/s/_____ |
| | | JEFFREY A. MILLER<br>SANJEET K. DUTTA |
| | | Attorneys for Defendant<br>KINDSIGHT, INC. |

# **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on August 8, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following individual(s):

| | |
|---|---|
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>JOHN K. GRANT<br>100 Pine Street, 26th Floor<br>San Francisco, CA 94111<br>jkgrant@csgrr.com | DLA PIPER US LLP<br>ANDREW VALENTINE<br>ALAN LIMBACH<br>ANDREW SCHWAAB<br>ERIK R. FUEHRER<br>2000 University Ave.<br>East Palo Alto, CA 94303<br>andrew.valentine@dlapiper.com<br>alan.limbach@dlapiper.com<br>andrew.schwab@dlapiper.com<br>erik.fuehrer@dlapiper.com |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>JOHN C. HERMAN<br>RYAN K. WALSH<br>E. JOSEPH BENZ III<br>3424 Peachtree Road, N.E.<br>Suite 1650<br>Atlanta, Georgia 30326<br>jherman@csgrr.com<br>rwalsh@csgrr.com<br>jbenz@csgrr.com | FISH & RICHARDSON P.C.<br>FRANK E. SCHERKENBACH<br>225 Franklin Street<br>Boston, MA 02110<br>scherkenbach@fr.com<br>KELLY C. HUNSAKER<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>hunsaker@fr.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 8, 2008, at Menlo Park, California.

/s/
Claudia Flores

OHS West:260490086.1