1 JEFFREY A. MILLER (STATE BAR NO. 160602)
jmiller@orrick.com
2 SANJEET K. DUTTA (STATE BAR NO. 203463)
sdutta@orrick.com
3 ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
4 Menlo Park, CA 94025
Telephone: +1-650-614-7400
5 Facsimile: +1-650-614-7401

Attorneys for Defendant KINDSIGHT, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAGEMELDING, INC., | Case No. C08-03484-HRL |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| FEEVA TECHNOLOGY, INC., HITWISE USA, INC., KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBAUD, INC., | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Alcatel USA, Marketing, Inc.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: August 8, 2008 | Respectfully submitted, |
| 2 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | | By: _____/s/_____ |
| 4 | | JEFFREY A. MILLER<br>SANJEET K. DUTTA |
| 5 | | Attorneys for Defendant<br>KINDSIGHT, INC. |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -   CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
         CASE No. C08-03484-HRL

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on August 8, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following individual(s):

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
JOHN K. GRANT
100 Pine Street, 26th Floor
San Francisco, CA 94111
jkgrant@csgrr.com

DLA PIPER US LLP
ANDREW VALENTINE
ALAN LIMBACH
ANDREW SCHWAAB
ERIK R. FUEHRER
2000 University Ave.
East Palo Alto, CA 94303

andrew.valentine@dlapiper.com
alan.limbach@dlapiper.com
andrew.schwab@dlapiper.com
erik.fuehrer@dlapiper.com

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
JOHN C. HERMAN
RYAN K. WALSH
E. JOSEPH BENZ III
3424 Peachtree Road, N.E.
Suite 1650
Atlanta, Georgia 30326

jherman@csgrr.com
rwalsh@csgrr.com
jbenz@csgrr.com

FISH & RICHARDSON P.C.
FRANK E. SCHERKENBACH
225 Franklin Street
Boston, MA 02110

scherkenbach@fr.com

KELLY C. HUNSAKER
500 Arguello Street, Suite 500
Redwood City, CA 94063

hunsaker@fr.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 8, 2008, at Menlo Park, California.

/s/
Claudia Flores

OHS West:260489598.1