Jon Michaelson (SBN 83815)
HARMOHINDER ("BEN") BEDI (SBN 172591)
**K&L GATES LLP**
630 Hansen Way
Palo Alto, CA 94304
Telephone: 650.798.6700
Facsimile: 650.798.6701

Attorneys for Defendant
NebuAd, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| PAGEMELDING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>FEEVA TECHNOLOGY, INC,. HITWISE USA, INC,. KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC.<br><br>Defendants. | No. C 08-3484 HRL<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Pagemelding, Inc., and defendant, NebuAd, Inc., through their respective attorneys of record and pursuant to Civil Local Rule 6-1(a), that NebuAd, Inc. will have until September 10, 2008 to answer or otherwise respond to the complaint served by Pagemelding, Inc.

Dated: August 11, 2008

**K&L GATES LLP**

By: /s/ Jon Michaelson
Jon Michaelson
Attorneys for Defendant
NebuAd, Inc.

| | |
|---|---|
| Dated: August 11, 2008 | **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** |
| | By: /s/ John K. Grant |
| | John K. Grant |
| | (#169813; jkgrant@csgrr.com) |
| | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| | 100 Pine Street, 26th Floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 288-4545 |
| | Facsimile: (415) 288-4534 |
| | Attorneys for Plaintiff |
| | PAGEMELDING, INC. |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John K. Grant.

| | |
|---|---|
| Dated: August 11, 2008 | **K&L GATES LLP** |
| | By: /s/ Jon Michaelson |
| | Jon Michaelson |
| | Attorneys for Defendant |
| | NebuAd, Inc. |