Jon Michaelson (SBN 83815)
HARMOHINDER ("BEN") BEDI (SBN 172591)
**K&L GATES LLP**
630 Hansen Way
Palo Alto, CA 94304
Telephone: 650.798.6700
Facsimile: 650.798.6701

Attorneys for Defendant
NebuAd, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| PAGEMELDING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>FEEVA TECHNOLOGY, INC,. HITWISE USA, INC,. KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC.<br><br>Defendants. | No. C 08-3484 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 11, 2008

**K&L GATES LLP**

By: /s/ Jon Michaelson
Jon Michaelson
Attorneys for Defendant
NebuAd, Inc.