**ORIGINAL**

| Clerk's Use Only |
|---|
| Initial for fee pd.: |

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
JOHN C. HERMAN
3424 Peachtree Road, N.E., Suite 1650
Atlanta, Georgia 30326
(404) 504-6500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAGEMELDING, INC.

　　　　　　　　　Plaintiff(s),

v.

FEEVA TECHNOLOGY, INC., et al.

　　　　　　　　　Defendant(s).

CASE NO. CV 08-3484 HRL

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

　　Pursuant to Civil L.R. 11-3, JOHN C. HERMAN, an active member in good standing of the bar of Georgia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiff in the above-entitled action.

　　In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   John K. Grant, Coughlin Stoia Geller Rudman & Robbins LLP
   100 Pine Street, Suite 2600, San Francisco, CA 94111 (415) 288-4545

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/30/08

_____
JOHN C. HERMAN