RECEIVED

2008 AUG 11 PM 3:42

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

**UNITED STATES DISTRICT COURT**

**Northern District of California**

PAGEMELDING, INC.

                                                    CASE NO. **CV 08-3484 HRL**

                        Plaintiff(s),              **(Proposed)**
                                                    **ORDER GRANTING APPLICATION**
        v.                                          **FOR ADMISSION OF ATTORNEY**
                                                    ***PRO HAC VICE***
FEEVA TECHNOLOGY, INC., et al.

                        Defendant(s).
_____/

JOHN C. HERMAN                              ☐ , an active member in good standing of the bar of

Georgia                                      ☐ whose business address and telephone number

(particular court to which applicant is admitted)

is

3424 Peachtree Road, N.E., Suite 1650, Atlanta, GA 30326, (404) 504-6500

                                                                                                ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing plaintiff                                    ☐ .

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.


Dated: _____

                                                    _____
                                                    United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**