ORIGINAL

RECEIVED

2008 AUG 11 PM 3:44

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

PAGEMELDING, INC.

                Plaintiff(s),

  v.

FEEVA TECHNOLOGY, INC., et al.

                Defendant(s).

CASE NO. CV 08-3484 HRL

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

RYAN K. WALSH, an active member in good standing of the bar of Georgia whose business address and telephone number (particular court to which applicant is admitted) is

3424 Peachtree Road, N.E., Suite 1650, Atlanta, GA 30326, (404) 504-6500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                                United States Magistrate Judge