**ORIGINAL**

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
E. JOSEPH BENZ III
3424 Peachtree Road, N.E., Suite 1650
Atlanta, Georgia 30326
(404) 504-6500

Clerk's Use Only
Initial for fee pd.:

**FILED**
2008 AUG 11  P 3:41
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAGEMELDING, INC.

   Plaintiff(s),

v.

FEEVA TECHNOLOGY, INC., et al.

   Defendant(s).

CASE NO. CV 08-3484 HRL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, E. JOSEPH BENZ III, an active member in good standing of the bar of North Carolina, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
John K. Grant, Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600, San Francisco, CA 94111 (415) 288-4545

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-30-08

E. JOSEPH BENZ III