ORIGINAL

RECEIVED
2008 AUG 11 PM 3:47
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PAGEMELDING, INC.<br><br>Plaintiff(s),<br>v.<br>FEEVA TECHNOLOGY, INC., et al.<br><br>Defendant(s). | CASE NO. CV 08-3484 HRL<br><br>(Proposed)<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

E. JOSEPH BENZ III ☐ , an active member in good standing of the bar of North Carolina ☐ whose business address and telephone number (particular court to which applicant is admitted) is

3424 Peachtree Road, N.E., Suite 1650, Atlanta, GA 30326, (404) 504-6500

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff ☐ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge