**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Pagmelding, Inc., | No. C08-03484 |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Feeva Technology, Inc., et.al., | |
| Defendants. | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 18, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: August 12, 2008                           RICHARD W. WIEKING,
                                                 United States District Court

                                                 _/s/ Patty Cromwell_
                                                 By: Patty Cromwell
                                                 Courtroom Deputy Clerk to
                                                 Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Ben (Harmohinder) S. Bedi     ben.bedi@klgates.com, jennifer.smith@klgates.com

Erik Fuehrer     erik.fuehrer@dlapiper.com, celestine.seals@dlapiper.com

Jeffrey Andrew Miller     jmiller@orrick.com, adalton@orrick.com, claudiaflores@orrick.com, descamilla@orrick.com, ritahernandez@orrick.com, ssomasekar@orrick.com

John Christopher Herman     jherman@csgrr.com

John K. Grant     johnkg@csgrr.com, cwood@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, JDecena@csgrr.com, khuang@csgrr.com

Kelly C. Hunsaker     hunsaker@fr.com, lopez@fr.com

Roger Scott Feldmann     sfeldmann@crowell.com, npantoja@crowell.com

Sanjeet K. Dutta     sdutta@orrick.com, ritahernandez@orrick.com

Thomas Edward Dietrich     tdietrich@crowell.com

**United States District Court**
For the Northern District of California

2