**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGEMELDING, INC., | No. C 08-03484 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| FEEVA TECHNOLOGY, INC., et al., | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, November 21, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: August 13, 2008                                           FOR THE COURT,

                                                                 Richard W. Wieking, Clerk
                                                                 By: _____
                                                                   Barbara Espinoza
                                                                   Courtroom Deputy