1  Frank E. Scherkenbach
   (#142549; scherkenbach@fr.com)
2  FISH & RICHARDSON P.C.
   225 Franklin Street
3  Boston, Massachusetts 02110-2804
   Telephone: (617) 542-5070
4  Facsimile:  (617) 542-8906

5  Kelly C. Hunsaker
   (#168307; hunsaker@fr.com)
6  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
7  Redwood City, California 94063
   Telephone: (650) 839-5070
8  Facsimile:  (650) 839-5071

9  Attorneys for Defendant
   MICROSOFT CORPORATION

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13                        **(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| PAGEMELDING, INC. | No. CV 08-3484 CRB |
| Plaintiff, | **NOTICE OF APPEARANCE OF JASON W. WOLFF** |
| v. | |
| FEEVA TECHNOLOGY, INC,. HITWISE USA, INC,. KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC., | |
| Defendants. | |

The attorney identified below enters his appearance in this matter as counsel of record for Defendant Microsoft Corporation, and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Microsoft:

| | | |
|---|---|---|
| 1 | Jason W. Wolff | |
| 2 | Fish & Richardson P.C. | |
|  | 12390 El Camino Real | |
| 3 | San Diego, California 92130 | |
|  | (858) 678-5070 Telephone | |
| 4 | (858) 678-5099 Facsimile | |
|  | E-mail:  wolff@fr.com | |
| 5 | | |
| 6 | Dated:  August 13, 2008 | **FISH & RICHARDSON P.C.** |
| 7 | | |
|  | | By:  /s/  Jason W. Wolff |
| 8 | | Jason W. Wolff |
|  | | Attorneys for Defendant |
| 9 | | MICROSOFT CORPORATION |
| 10 | | |
| 11 | 10863680.doc | |

2