ORIGINAL

RECEIVED

2008 AUG 11 PM 3: 47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

1
2
3
4
5  PAGEMELDING, INC.
                                                                    CRB
6                                           CASE NO.  CV 08-3484 HRL
7                                                   (Proposed)
                           Plaintiff(s),     ORDER GRANTING APPLICATION
8         v.                                 FOR ADMISSION OF ATTORNEY
                                             *PRO HAC VICE*
9  FEEVA TECHNOLOGY, INC., et al.
10
11
12                         Defendant(s).
                    _____/
13  E. JOSEPH BENZ III              ■ , an active member in good standing of the bar of
14  North Carolina                       ■  whose business address and telephone number
15  (particular court to which applicant is admitted)
16  is
17   3424 Peachtree Road, N.E., Suite 1650, Atlanta, GA  30326, (404) 504-6500
18                                                                              ,
19  having applied in the above-entitled action for admission to practice in the Northern District of
20  California on a *pro hac vice* basis, representing plaintiff                       ■ .
21         IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and
22  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac
23  vice*. Service of papers upon and communication with co-counsel designated in the application will
24  constitute notice to the party. All future filings in this action are subject to the requirements
25  contained in General Order No. 45, *Electronic Case Filing*.
26
27  Dated:
28
                                                         United States...



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
For the Northern District of California