1  Gregory M. Fox, State Bar No. 070876
   Richard W. Osman, State Bar No. 167993
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:   (415) 353-0999
   Facsimile:   (415) 353-0990
5
   Geoffrey Staniford, SBN 184114
6  COURTNEY, STANIFORD & GREGORY
   10001 N. De Anza Blvd., Ste. 300
7  Cupertino, CA 95014
   Telephone:   (408) 342-1904
8  Facsimile:   (408) 342-1909

9  Attorneys for Defendant
   FEEVA TECHNOLOGY, INC.
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13
   PAGEMELDING, INC.,                  ) Case No.: CV 08-3484 CRB
14                                     )
              Plaintiff,               )
15       vs.                           ) SUBSTITUTION OF ATTORNEYS
                                       )
16 FEEVA TECHNOLOGY, INC., HITWISE     )
   USA, INC., KINDSIGHT, INC., MICROSOFT )
17 CORPORATION, AND NEBUAD, INC.,      )
                                       )
18            Defendants.              )
                                       )
19                                     )

20       Defendant FEEVA TECHNOLOGY, INC., hereby substitutes the below-listed attorneys in
21 the place and stead of the attorneys from DLA PIPER US, LLP in this mater.
22       New Attorney Information:    Gregory M. Fox, SBN 070876
23                                    Richard W. Osman, SBN 167993
                                      BERTRAND, FOX & ELLIOT
24                                    The Waterfront Building
                                      2749 Hyde Street
25                                    San Francisco, California 94109
                                      Telephone:   (415) 353-0999
26                                    Facsimile:   (415) 353-0990
27
28                        and,

Substitution of Attorneys *Pagemelding, Inc v Feeva Technology, et al* Case No CV-083484 CRB

```
 1                              Geoffrey Staniford, SBN 184114
                                COURTNEY, STANIFORD & GREGORY
 2                              10001 N. De Anza Blvd., Ste. 300
                                Cupertino, CA 95014
 3                              Telephone:  (408) 342-1904
                                Facsimile:  (408) 342-1909
 4

 5
        The following attorneys are no longer counsel of record in this action:
 6
                 Name:           Andrew Valentine, SBN 162094
 7                               Alan Limbach, SBN 173059
                                 Andrew Schwaab, SBN 220743
 8                               Eric R. Fuehrer, SBN 252578
                                 DLA PIPER US LLP
 9                               2000 University Avenue
                                 East Palo Alto, CA 94303-2215
10                               Tel: 650-833-2000
                                 Fax: 650-833-2001
11
12
13   We consent to this substitution:
14
     Dated: August 20, 2008           FEEVA TECHNOLOGY, INC.
15
16                                    By: _____
                                          Jasminder Banga, Chief Technology Officer
17
18   We accept this substitution:
19   Dated: August 21, 2008            BERTRAND, FOX & ELLIOT
20
                                       By: _____
21                                        Gregory M. Fox, Esq.
22                                        Richard W. Osman, Esq.
23
24   Dated: August 20, 2008            COURTNEY, STANIFORD & GREGORY
25
                                       By: _____
26                                        Geoffrey Staniford, Esq.
27
28
```

Substitution of Attorneys  *Pagemelding, Inc v Feeva Technology, et al*  Case No CV-083484 CRB

1 | We consent to this substitution:

2 | Dated: August 21, 2008        DLA PIPER US, LLP

By: _____
Andrew Valentine, Esq,
Alan Limbach, Esq.
Andrew Schwaab, Esq.
Eric R. Fuehrer, Esq.

Substitution of Attorneys  *Pagemelding, Inc. v. Feeva Technology, et al.* Case No.  CV-083484 CRB