Clerk's Use Only

Initial for fee pd.:

CROWELL & MORING LLP
Jennifer H. Burdman
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2200

FILED

08 AUG 20 PM 1: 28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Pagemelding, Inc.

Plaintiff(s),

v.

Feeva Technology, Inc.; Hitwise USA,
Inc.; Kindsight, Inc.; Microsoft Corp.;
Nebaud, Inc.

Defendant(s).

**CASE NO.** 08-CV-3484 CRB

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Jennifer H. Burdman ▣ , an active member in

good standing of the bar of District of Columbia ▣ , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing Hitwise USA, Inc. ▣ in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest
    court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
    Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
    become familiar with the Local Rules and the Alternative Dispute Resolution
    programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who
    maintains an office within the State of California has been designated as co-
    counsel in the above-entitled action. The name, address and telephone number of
    that attorney is:
    R. Scott Feldmann, Crowell & Moring LLP
    3 Park Plaza, 20th Floor, Irvine, CA 92614 (949) 263-8400
    I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/14/2008

Jennifer H. Burdman

RECEIVED

08 AUG 20 PH 1: 29

NORTHERN U.S. DISTRICT KING
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

Pagemelding, Inc.

CASE NO.  08-CV-3484 CRB

Plaintiff(s),

v.

Feeva Technology, Inc.; Hitwise USA,
Inc.; Kindsight, Inc.; Microsoft Corp.;
Nebaud, Inc.

Defendant(s).

_____/

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Jennifer H. Burdman                                          , an active member in good standing of the bar of

District of Columbia                                         whose business address and telephone number

(particular court to which applicant is admitted)

is

Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004  (202) 624-2200

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Hitwise USA, Inc.

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                    _____
                                                    United States District       Judge

UNITED STATES DISTRICT COURT
For the Northern District of California