UNITED STATES DISTRICT COURT
Northern District of California

Pagemelding, Inc.

CASE NO. 08-CV-3484 CRB

Plaintiff(s),
v.

Feeva Technology, Inc.; Hitwise USA, Inc.; Kindsight, Inc.; Microsoft Corp.; Nebaud, Inc.

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jennifer H. Burdman                              , an active member in good standing of the bar of
District of Columbia                                whose business address and telephone number
(particular court to which applicant is admitted)
is
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004  (202) 624-2200

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Hitwise USA, Inc.

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 27, 2008



United S̶t̶a̶t̶e̶s̶ ̶D̶i̶s̶t̶r̶i̶c̶t̶ ̶J̶u̶d̶g̶e̶
IT IS SO ORDERED
Judge Charles R. Breyer