```
 1 │ Gregory M. Fox, State Bar No. 070876
   │ Richard W. Osman, State Bar No. 167993
 2 │ BERTRAND, FOX & ELLIOT
   │ The Waterfront Building
 3 │ 2749 Hyde Street
   │ San Francisco, California 94109
 4 │ Telephone:   (415) 353-0999
   │ Facsimile:   (415) 353-0990
 5 │
   │ Geoffrey Staniford, SBN 184114
 6 │ COURTNEY, STANIFORD & GREGORY
   │ 10001 N. De Anza Blvd., Ste. 300
 7 │ Cupertino, CA 95014
   │ Telephone:   (408) 342-1904
 8 │ Facsimile:   (408) 342-1909
 9 │ Attorneys for Defendant
   │ FEEVA TECHNOLOGY, INC.
10 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGEMELDING, INC., | ) Case No.: CV 08-3484 CRB |
| Plaintiff, | ) |
| vs. | ) SUBSTITUTION OF ATTORNEYS |
| FEEVA TECHNOLOGY, INC., HITWISE USA, INC., KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC., | ) |
| Defendants. | ) |

Defendant FEEVA TECHNOLOGY, INC., hereby substitutes the below-listed attorneys in the place and stead of the attorneys from DLA PIPER US, LLP in this mater.

New Attorney Information:   Gregory M. Fox, SBN 070876
Richard W. Osman, SBN 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

and,

```
 1    Geoffrey Staniford, SBN 184114
      COURTNEY, STANIFORD & GREGORY
 2    10001 N. De Anza Blvd., Ste. 300
      Cupertino, CA 95014
 3    Telephone:   (408) 342-1904
      Facsimile:   (408) 342-1909
 4
 5
          The following attorneys are no longer counsel of record in this action:
 6
 7        Name:        Andrew Valentine, SBN 162094
                       Alan Limbach, SBN 173059
 8                     Andrew Schwaab, SBN 220743
                       Eric R. Fuehrer, SBN 252578
 9                     DLA PIPER US LLP
                       2000 University Avenue
10                     East Palo Alto, CA 94303-2215
                       Tel: 650-833-2000
11                     Fax: 650-833-2001
12
13   We consent to this substitution:
14
     Dated: August 20, 2008        FEEVA TECHNOLOGY, INC.
15
16                                 By: _____
                                       Jasminder Banga, Chief Technology Officer
17
18   We accept this substitution:
19   Dated: August 21, 2008        BERTRAND, FOX & ELLIOT
20
21                                 By: _____
                                       Gregory M. Fox, Esq.
22                                     Richard W. Osman, Esq.
23
24   Dated: August 20, 2008        COURTNEY, STANIFORD & GREGORY
25
26                                 By: _____
                                       Geoffrey Staniford, Esq.
27
28
```

Substitution of Attorneys  *Pagemelding, Inc v Feeva Technology, et al*  Case No CV-083484 CRB

1  We consent to this substitution:

2  Dated: August 2(, 2008                    DLA PIPER US, LLP

3
4                                            By: _____
                                                 Andrew Valentine, Esq,
5                                                Alan Limbach, Esq.
                                                 Andrew Schwaab, Esq.
6                                                Eric R. Fuehrer, Esq.



Substitution of Attorneys  *Pagemelding, Inc. v. Feeva Technology, et al.* Case No. CV-083484 CRB