1  Frank E. Scherkenbach
   (#142549; scherkenbach@fr.com)
2  FISH & RICHARDSON P.C.
   225 Franklin Street
3  Boston, Massachusetts 02110-2804
   Telephone: (617) 542-5070
4  Facsimile:  (617) 542-8906

5  Kelly C. Hunsaker
   (#168307; hunsaker@fr.com)
6  Leeron G. Kalay
   (#233579, kalay@fr.com)
7  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
8  Redwood City, California 94063
   Telephone: (650) 839-5070
9  Facsimile:  (650) 839-5071

10  Additional Counsel On Last Page

11  Attorneys for Defendant
    MICROSOFT CORPORATION

12

13                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
14                    SAN FRANCISCO DIVISION

15  PAGEMELDING, INC.,                    Case No. CV 08-3484 CRB

16              Plaintiff,                **CORRECTED [PROPOSED] ORDER AND
                                          STIPULATION SELECTING ADR
17                                        PROCESS**

18       v.

19  FEEVA TECHNOLOGY, INC. HITWISE USA,
    INC., KINDSIGHT, INC., MICROSOFT
20  CORPORATION, AND NEBUAD, INC.,

21              Defendants.

22       It has come to counsels' attention that although both the parties' stipulation and the Court's

23  docket entry accurately reflect the parties' agreement to participate in private mediation no later

24  than 30 days after a Claim Construction Order is issued by the Court, the Proposed Order

25  previously submitted and signed by the Court on October 31, 2008, did not accurately reflect that

26  date.  As such, a CORRECTED Proposed Order is hereby submitted,  along with the parties'

27  stipulation.

28
                                              1

1    Counsel report that they have met and conferred regarding ADR and have reached the

2    following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3    **Court Processes:**

4    __ Non-binding Arbitration (ADR L.R. 4)

5    __ Early Neutral Evaluation (ENE) (ADR L.R. 5)

6    __ Mediation (ADR L.R. 6)

7    (Note: Parties who believe that an early settlement conference with a Magistrate Judge is

8    appreciably more likely to meet their needs than any other form of ADR, must participate in an

9    ADR phone conference and may not file this form. They must instead file a Notice of Need for

10   ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

11   **Private Process:**

12   _X_ Private ADR (please identify process and provider)  _Mediation_____

13   _____

14   The parties agree to hold the ADR session by:

15   __ the presumptive deadline (The deadline is 90 days from the date of the order referring

16   the case to an ADR process unless otherwise ordered. )

17   _X_ other requested deadline  _No later than 30 days after a Claim Construction Order is

18   issued by the Court___

19

20   Dated:  November 7, 2008                    **FISH & RICHARDSON P.C.**

21                                               By:  /s/ Kelly C. Hunsaker_____

22                                                    Kelly C. Hunsaker
                                                     Attorneys for Defendant
23                                                   MICROSOFT CORPORATION

24

25

26

27

28

2

1    Dated: November 7, 2008           **COUGHLIN STOIA GELLER RUDMAN &**
2                                             **ROBBINS LLP**

3                         By:   /s/ John K. Grant
4                                JOHN C. HERMAN (*Pro Hac Vice*)
                                 RYAN K. WALSH (*Pro Hac Vice*)
5                                  E. JOSEPH BENZ III (*Pro Hac Vice*)
                                 Monarch Centre, Suite 1650
6                                  3424 Peachtree Road, N.E.
                                 Atlanta, GA 30326
7                                  Telephone: 404/504-6500
                                 404/504-6501 (fax)
8                          Attorneys for Plaintiff
                         PAGEMELDING, INC.,
9

10    Dated: November 7, 2008           **BERTRAND, FOX & ELLIOT**
                                            **COURTNEY, STANIFORD & GREGORY**
11

12                         By:   /s/ Richard W. Osman
                                 Richard W. Osman
13                                  Gregory M. Fox
                                 BERTRAND, FOX & ELLIOT
14                                  The Waterford Building
                                 2749 Hyde Street
15                                  San Francisco, CA 94109
                                 Telephone: (415) 353-0999
16                                  Facsimile: (415) 353-0990
                                 Email: rosman@bfesf.com
17

18                                  Geoffrey T. Staniford
                                 COURTNEY, STANIFORD &
19                                  GREGORY
                                 10001 N. De Anza Blvd., Suite 300
20                                  Cupertino, CA 95014
                                 Telephone: (408) 342-1904
21                                  Facsimile: (408) 342-1909
                                 Email: gstaniford@csgip.com
22                        Attorneys for Defendant
                       FEEVA TECHNOLOGY, INC.
23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  November 7, 2008

**CROWELL & MORING LLP**

By:   /s/ R. Scott Feldmann
     R. Scott Feldmann
     Jonathan M. Lindsay
     Thomas E. Dietrich
     3 Park Plaza, 20th Floor
     Irvine, CA 92614-8505
     Telephone:  (949) 263-8400
     Facsimile:  (949) 263-8414
     rfeldmann@crowell.com
     jlindsay@crowell.com
     tdietrich@crowell.com

     Jennifer H. Burdman (Pro Hac Vice)
     CROWELL & MORING LLP
     1001 Pennsylvania Avenue, N.W.
     Washington, D.C. 20004-2595
     Telephone:  (202) 624-2500
     Facsimile:  (202) 628-5116
     jburdman@crowell.com
Attorneys for Defendant
HITWISE USA, INC.

Dated:  November 7, 2008

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By:   /s/ Jeffrey Andrew Miller
     Jeffrey Andrew Miller
     Sanjeet K. Dutta
     1000 Marsh Road
     Menlo Park, CA 94025
     Telephone:  (650) 614-7400
     Facsimile:  (650) 614-7401
     sdutta@orrick.com
Attorneys for Defendant
KINDSIGHT, INC.

4

1   Dated:  November 7, 2008                    **K&L GATES LLP**

2                                               By:   /s/ Jon Michaelson
                                                     _____
3                                                    Jon Michaelson
                                                     Ben S. Bedi
4                                                    630 Hansen Way
                                                     Palo Alto, CA 94304
5                                                    Telephone:  (650) 798-6700
                                                     Facsimile:  (650) 798-6701
6                                                    jon.michaelson@klgtes.com
                                                     ben.bedi@klgates.com
7                                               Attorneys for Defendant
                                                NEBUAD, INC.
8

9

10  *Additional Counsel:*

11  Jason W. Wolff
    (#215819; wolff@fr.com)
12  FISH & RICHARDSON P.C.
    12390 El Camino Real
13  San Diego, California 92130
    Telephone: (858) 678-5070
14  Facsimile:  (858) 678-5099

15

16

17  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of

18  perjury that concurrence in the filing of this document has been obtained for the signatures

19  indicated by a "conformed" signature within this efiled document.

20

21  Dated:  November 7, 2008                    **FISH & RICHARDSON P.C.**

22

23                                              By:  /s/  Leeron G. Kalay
                                                     _____
24                                                   Leeron G. Kalay

25                                              Attorneys for Defendant
                                                MICROSOFT CORPORATION
26

27
    50618375.doc
28
                                                5

1    [PROPOSED] ORDER

2          Pursuant to the Stipulation above, the captioned matter is hereby referred to Private ADR.

3    The deadline for the ADR session is no later than 30 days after a Claim Construction Order is

4    issued by the Court.  This Order replaces the one previously entered by the Court on October 31,

5    2008.

6

7    IT IS SO ORDERED.

8

9    Dated:  Nov. 10, 2008 ___     _____

10                                          THE HONORABLE CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28