R. Scott Feldmann (State Bar No. 169230)
  sfeldmann@crowell.com
Jonathan M. Lindsay (State Bar No. 208840)
  jlindsay@crowell.com
Thomas E. Dietrich (State Bar No. 254282)
  tdietrich@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California  92614-8505
Telephone:   (949) 263-8400
Facsimile:    (949) 263-8414

Jennifer H. Burdman (*Pro Hac Vice*)
  jburdman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Telephone:   (202) 264-2500
Facsimile:    (202) 628-5116

Attorneys for Defendant
Hitwise USA, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAGEMELDING, INC., | CASE NO. 08-CV-3484 CRB |
| Plaintiff, | [PROPOSED] ORDER |
| v. | Action Filed:   July 21, 2008<br>Trial Date:       TBD |
| FEEVA TECHNOLOGY, INC., HITWISE USA, INC., KINDSIGHT, INC., MICROSOFT CORP., AND NEBAUD, INC., | |
| Defendants. | |

Having read the foregoing Stipulation and good cause appearing therefor, all of PageMelding's claims against Hitwise and all of Hitwise's counterclaims against PageMelding are hereby dismissed with prejudice.

DATED:   November  24 , 2008

_____
Honorable Charles R. Breyer
Judge of the United States District Court for the
Northern District of California



IT IS SO ORDERED
Judge Charles R. Breyer

Cam No. 104572.0000001
IR 4173734

Case No. 08-CV-3484 CRB