1  [Counsel Listed On Signature Page]

2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12
13  PAGEMELDING, INC.,

        Plaintiff,

14
15      v.

16  FEEVA TECHNOLOGY, INC., HITWISE USA, INC., KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC.,
17
18      Defendants.

Case No. CV 08-3484 CRB

**JOINT REQUEST TO MODIFY CASE MANAGEMENT ORDER**

Honorable Charles R. Breyer
Courtroom 8, 19th Floor

19

20  IT IS HEREBY JOINTLY REQUESTED, by and between plaintiff, Pagemelding, Inc., and
21  defendants Feeva Technology, Inc, Kindsight, Inc., Microsoft Corporation, and NebuAd, Inc.,
22  through their respective attorneys of record, that the scheduled deadline for the submission of the
23  parties' Joint Claim Construction Statement be extended from May 8, 2009 by 14 days. The
24  parties hereby request that the Court's Case Management Order be modified to require submission
25  of the parties' Joint Claim Construction Statement on May 22, 2009.

26  This is the first request for modification since the entry of the Case Management Order in
27  this matter. This request is proffered so that the parties' counsel may further meet and confer
28  regarding claim construction issues and reduce the number of disputes presented to the Court.

1   Granting the instant request will not impact any other scheduled event in the case.

3   **So ORDERED and SIGNED this  06   day of May, 2009.**

Dated:  May 6, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated: May 5, 2009 | **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** |


1  Dated:  May 5, 2009                **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

By:  /s/  John K. Grant
JOHN C. HERMAN (*Pro Hac Vice*)
RYAN K. WALSH (*Pro Hac Vice*)
E. JOSEPH BENZ III (*Pro Hac Vice*)
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
Telephone: 404/504-6500
404/504-6501 (fax)

Attorneys for Plaintiff
PAGEMELDING, INC.,

Dated:  May 5, 2009                **FISH & RICHARDSON P.C.**

By:  /s/ Kelly C. Hunsaker
Frank E. Scherkenbach
(#142549; scherkenbach@fr.com)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Kelly C. Hunsaker (#168307; hunsaker@fr.com)
Leeron G. Kalay (#233579, kalay@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Jason W. Wolff
(#215819; wolff@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92102
Telephone: (858) 678-92130
Facsimile: (858) 678-5090

Attorneys for Defendant
MICROSOFT CORPORATION

3    JOINT REQUEST TO MODIFY CASE MANAGEMENT ORDER
Case No. C 08-3484 CRB

| | | |
|---|---|---|
| 1 | Dated: May 5, 2009 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 2 | | |
| 3 | | By:  /s/ Jeffrey Andrew Miller |
| | | Jeffrey Andrew Miller |
| 4 | | Sanjeet K. Dutta |
| | | 1000 Marsh Road |
| 5 | | Menlo Park, CA 94025 |
| | | Telephone:  (650) 614-7400 |
| 6 | | Facsimile:  (650) 614-7401 |
| | | sdutta@orrick.com |
| 7 | | Attorneys for Defendant |
| 8 | | KINDSIGHT, INC. |
| 9 | Dated: May 5, 2009 | **BERTRAND, FOX & ELLIOT** |
| 10 | | **COURTNEY, STANIFORD & GREGORY** |
| 11 | | By:  /s/ Richard W. Osman |
| | | Richard W. Osman |
| 12 | | Gregory M. Fox |
| | | BERTRAND, FOX & ELLIOT |
| 13 | | The Waterford Building |
| 14 | | 2749 Hyde Street |
| | | San Francisco, CA 94109 |
| 15 | | Telephone:  (415) 353-0999 |
| | | Facsimile:  (415) 353-0990 |
| 16 | | Email:  rosman@bfesf.com |
| 17 | | |
| | | Geoffrey T. Staniford |
| 18 | | COURTNEY, STANIFORD & GREGORY |
| 19 | | 10001 N. De Anza Blvd., Suite 300 |
| | | Cupertino, CA 95014 |
| 20 | | Telephone:  (408) 342-1904 |
| | | Facsimile:  (408) 342-1909 |
| 21 | | Email:  gstaniford@csgip.com |
| 22 | | Attorneys for Defendant |
| | | FEEVA TECHNOLOGY, INC. |

| | | |
|---|---|---|
| 1 | Dated: May 5, 2009 | **K&L GATES LLP** |
| 2 | | By: /s/ Ben Bedi |
| 3 | | Jon Michaelson |
| | | Ben S. Bedi |
| 4 | | 630 Hansen Way |
| | | Palo Alto, CA 94304 |
| 5 | | Telephone: (650) 798-6700 |
| | | Facsimile: (650) 798-6701 |
| 6 | | jon.michaelson@klgtes.com |
| | | ben.bedi@klgates.com |
| 7 | | Attorneys for Defendant |
| | | NEBUAD, INC. |

**Attestation Clause Regarding Signatures**

I hereby attest that I have on file permission to sign for co-counsel indicated by a "conformed" signature (/s/) within this document.

/s/ Leeron G. Kalay

Leeron G. Kalay