Gregory M. Fox, State Bar No. 070876
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:     (415) 353-0990

Geoffrey Staniford, SBN  184114
COURTNEY, STANIFORD & GREGORY
10001 N. De Anza Blvd., Ste. 300
Cupertino, CA  95014
Telephone:    (408) 342-1904
Facsimile:     (408) 342-1909

Attorneys for Defendant
FEEVA TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGEMELDING, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>FEEVA TECHNOLOGY, INC., HITWISE USA, INC., KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC.,<br><br>        Defendants. | Case No.:  CV 08-3484 CRB<br><br>[PROPOSED] ORDER<br><br>Action Filed:    July 21, 2008<br>Trial Date:      TBD<br>Judge:            Honorable Charles R. Breyer |

Having read the foregoing Stipulation and good cause appearing therefore, all of PageMelding's claims against Feeva and all of Feeva's counterclaims against PageMelding are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Each party is to bear their own attorneys' fees and costs.

Dated: June 15, 2009

_____
Honorable Charles R. Breyer
Judge of the United States District
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] ORDER
Case No.  CV-083484 CRB

1