IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGEMELDING, INC., | No. C 08-03484 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| FEEVA TECHNOLOGY, INC., HITWISE, USA, INC., KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC. | |
| Defendants. | |

IT IS HEREBY ORDERED that the sixty-day conditional dismissal entered by the Court on June 18, 2009, is hereby vacated. The case shall be restored on the calendar with dates as to the tutorial and claim construction hearings to remain as previously set.

**IT IS SO ORDERED.**

Dated: June 19, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

N:\pdf documents\3484page.wpd