1  [Counsel Listed On Signature Page]
2
3
4
5              UNITED STATES DISTRICT COURT
6             NORTHERN DISTRICT OF CALIFORNIA
7                 SAN FRANCISCO DIVISION
8

| | |
|---|---|
| 9  PAGEMELDING, INC., | Case No. CV 08-3484 CRB |
| 10              Plaintiff, | |
| 11       v. | **JOINT STIPULATION AND REQUEST TO MODIFY CASE CALENDAR** |
| 12  FEEVA TECHNOLOGY, INC., HITWISE USA, INC., KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC., | |
| 13 | |
| 14 | Honorable Charles R. Breyer |
| 15              Defendants. | Courtroom 8, 19th Floor |

16      IT IS HEREBY JOINTLY REQUESTED, by and between plaintiff, Pagemelding, Inc., and
17  defendant Microsoft Corporation, through their respective attorneys of record, that the Tutorial
18  Hearing set for August 17, 2009 at 2:15 p.m. and the Claim Construction Hearing set for August
19  18, 2009 at 2:15 p.m., be combined into a single **Tutorial & Claim Construction Hearing set for**
20  **August 18, 2009, commencing at 1:00 p.m**.  In light of the reduced number of parties involved
21  and reduced number of claims to be construed, the parties believe that it would be more effective
22  and efficient to hold both the Tutorial Hearing and Claim Construction Hearing on the same day.
23  This modification will not affect any other dates scheduled in this matter.
24
25      **So ORDERED and SIGNED this  11  day of August, 2009.**
26
27  Dated:  August 11, 2009                              _____
28                                                       **CHARLES R. BREYER**
                                                         **UNITED STATES DISTRICT JUDGE**

                                  1                          JOINT STIPULATION AND REQUEST
                                                             TO MODIFY CASE CALENDAR
                                                             Case No. C 08-3484 CRB

| | | |
|---|---|---|
| 1 | Dated: August 7, 2009 | **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** |
| 2 | | |
| 3 | | By: /s/ E. Joseph Benz III |
| | | JOHN C. HERMAN (*Pro Hac Vice*) |
| 4 | | RYAN K. WALSH (*Pro Hac Vice*) |
| | | E. JOSEPH BENZ III (*Pro Hac Vice*) |
| 5 | | Monarch Centre, Suite 1650 |
| | | 3424 Peachtree Road, N.E. |
| 6 | | Atlanta, GA  30326 |
| | | Telephone:  404/504-6500 |
| 7 | | 404/504-6501 (fax) |
| 8 | | Attorneys for Plaintiff |
| | | PAGEMELDING, INC., |
| 9 | | |
| 10 | Dated:  August 7, 2009 | **FISH & RICHARDSON P.C.** |
| 11 | | By: /s/ Kelly C. Hunsaker |
| | | Frank E. Scherkenbach |
| 12 | | (#142549; scherkenbach@fr.com) |
| | | FISH & RICHARDSON P.C. |
| 13 | | 225 Franklin Street |
| | | Boston, Massachusetts 02110-2804 |
| 14 | | Telephone: (617) 542-5070 |
| | | Facsimile:  (617) 542-8906 |
| 15 | | |
| 16 | | Kelly C. Hunsaker (#168307; hunsaker@fr.com) |
| | | Leeron G. Kalay (#233579, kalay@fr.com) |
| 17 | | FISH & RICHARDSON P.C. |
| | | 500 Arguello Street, Suite 500 |
| 18 | | Redwood City, California 94063 |
| | | Telephone: (650) 839-5070 |
| 19 | | Facsimile:  (650) 839-5071 |
| 20 | | |
| | | Jason W. Wolff |
| 21 | | (#215819; wolff@fr.com) |
| | | FISH & RICHARDSON P.C. |
| 22 | | 12390 El Camino Real |
| | | San Diego, CA  92102 |
| 23 | | Telephone: (858) 678-92130 |
| | | Facsimile: (858) 678-5090 |
| 24 | | Attorneys for Defendant |
| | | MICROSOFT CORPORATION |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**Attestation Clause Regarding Signatures**

I hereby attest that I have on file permission to sign for counsel indicated by a "conformed" signature (/s/) within this document

                                                                  /s/ Leeron G. Kalay

                                                                   Leeron G. Kalay

3

JOINT STIPULATION AND REQUEST
TO MODIFY CASE CALENDAR
Case No. C 08-3484 CRB

Case3:08-cv-03484-CRB   Document 104   Filed 08/17/09   Page 3 of 3