1  [Counsel Listed On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAGEMELDING, INC., | Case No. CV 08-3484 CRB |
| Plaintiff, | |
| | **JOINT REQUEST TO MODIFY ORDER SELECTING ADR PROCESS** |
| v. | |
| FEEVA TECHNOLOGY, INC., HITWISE USA, INC., KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC., | |
| | Honorable Charles R. Breyer |
| Defendants. | Courtroom 8, 19th Floor |

IT IS HEREBY JOINTLY REQUESTED, by and between plaintiff, Pagemelding, Inc., and defendant Microsoft Corporation, through their respective attorneys of record, that the scheduled deadline for the parties' Alternative Dispute Resolution session be extended from September 18, 2009 by 30 days. The parties hereby request that the deadline set forth in the Order Selecting ADR Process be modified to require Private Mediation by no later than October 18, 2009.

The parties are discussing a potential resolution of this matter and request additional time to resolve their disputes. This is the second request for modification since the entry of the Case Management Order in this matter. Granting the instant request will not impact any other scheduled event in the case.

**So ORDERED and SIGNED this** 18th **day of September, 2009.**

Dated:   September 18, 2009



**CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE**