[Counsel Listed On Signature Page]

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGEMELDING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FEEVA TECHNOLOGY, INC., HITWISE USA, INC., KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC.,<br><br>Defendants. | Civil Action File<br><br>No. 08-CV-3484 CRB<br><br>JOINT STIPULATION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS |

IT IS HEREBY STIPULATED by and between Plaintiff PageMelding, Inc. ("PageMelding") and Defendant Microsoft Corporation ("Microsoft") (collectively, the "Parties"), by and through the Parties' designated counsel as follows:

WHEREAS, PageMelding filed an action in the Northern District of California against Microsoft and several other defendants alleging patent infringement of U.S. Patent No. 6,442,577, which action has been assigned Case No. CV-08-3484-CRB (the "Action");

WHEREAS, the Parties have entered a settlement of all claims asserted by PageMelding against Microsoft and asserted by Microsoft against PageMelding in the Action;

WHEREAS, pursuant to the terms of the settlement between PageMelding and Microsoft, the Parties agree that all claims and counterclaims asserted against one another, including PageMelding's claims and Microsoft's counterclaims, should be dismissed in their entirety;

WHEREAS, each Party shall bear its own costs and attorneys' fees in connection with the Action;

IT IS SO STIPULATED by and between the Parties through their designated counsel that all of PageMelding's claims against Microsoft in the above-captioned matter shall be dismissed with prejudice and all of Microsoft's counterclaims against PageMelding in the above-captioned action shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: December 18, 2009

Respectfully submitted,

COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP

By: /s/ E. Joseph Benz III
John C. Herman
Ryan K. Walsh
E. Joseph Benz III

Attorneys for Plaintiff PageMelding, Inc.

FISH & RICHARDSON P.C.

/s/ Kelly C. Hunsaker

Frank E. Scherkenbach
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
scherkenbach@fr.com

Kelly C. Hunsaker
Leeron Kalay
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
hunsaker@fr.com

Jason W. Wolff
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

wolff@fr.com

Attorneys for Defendant Microsoft Corporation

JOINT STIPULATION FOR DISMISSAL OF PROCEEDINGS - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 18, 2009.

                        s/ E. Joseph Benz III
                        E. Joseph Benz III

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA 30326
Telephone: 404/504-6500
404/504-6501 (fax)

E-mail:jbenz@csgrr.com

[Counsel Listed On Signature Page]

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGEMELDING, INC., | ) Civil Action File |
| Plaintiff, | ) |
| vs. | ) No. 08-CV-3484 CRB |
| FEEVA TECHNOLOGY, INC., HITWISE USA, INC., KINDSIGHT, INC., MICROSOFT CORPORATION, AND NEBUAD, INC., | ) [PROPOSED] ORDER |
| Defendants. | ) |

Having read the foregoing Stipulation and good cause appearing therefore, all of PageMelding's claims against Microsoft are hereby dismissed with prejudice and all of Microsoft's counterclaims against PageMelding are hereby dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: December 24, 2009

_____
Honorable Charles R. Beyer
Judge of the United States District Court for the
Northern District of California

JOINT STIPULATION FOR DISMISSAL OF PROCEEDINGS                                   - 1 -